[No. 14794-1-III.   Division Three.   August 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAN RANDOLPH HART, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated October 8, 1998. Substitute opinion filed.

[Nos. 15077-1-III; 15166-2-III.   Division Three.   August 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES A. ANDERSON, *Appellant*.

*In the Matter of the Personal Restraint of* JAMES A. ANDERSON, *Petitioner*.

Appeals from a judgment of the Superior Court for Spokane County, No. 94-1-02117-7, Marcus M. Kelly, J., entered July 19, 1995, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Schultheis, A.C.J., concurred in by Thompson and Brown, JJ.

[No. 15320-7-III.   Division Three.   August 26, 1997.]

MARCELLA M. BROWN, *Appellant*, v. LEO B. GALANG, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 93-2-00242-5, Yancey Reser, J., entered October 23, 1995. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Thompson, J., and Munson, J. Pro Tem.